**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**James Rodney SMITH, a/k/a Lump,**
**Defendant–Appellant.**

**No. 09–8189.**

United States Court of Appeals,
Fourth Circuit.

Submitted: June 1, 2010.

Decided: June 7, 2010.

James Rodney Smith, Appellant Pro Se. John Howarth Bennett, Office of the United States Attorney, Greenville, North Carolina, for Appellee.

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Rodney Smith appeals from the district court's order denying his motions for clarification of the judgment, clarification of his sentence, and to reduce his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Smith,* No. 3:94–cr–00065–H–6 (E.D.N.C. Aug. 20, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*